UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

_____

DONALD TINSLEY AND CHERIE TINSLEY,
 individually and on behalf of
all others similarly situated,

      Plaintiffs,

vs.                                                    Civil Action No.:3:11-0740

**Judge Sharp**
**Magistrate Judge Griffin**

ATM NETWORK, INC,
and John Doe , 2, 3 unknown,
and Chandrika Patel, individually
 and d/b/a Mini Mart 5 Points Market
 as former John Doe 1,

      Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

Comes now the Plaintiffs and hereby notices the Defendants that Plaintiffs requests a voluntary dismissal without prejudice of the Defendants and the Plaintiffs are submitting a proposed ODER OF DISMISSAL of the Defendants.

                                                Respectfully submitted,

                                                **TODD AND SPENCER**

                                                **By:** s/Henry F. Todd, Jr.
                                                     Henry F. Todd, Jr.
                                                     404 East College St., Suite I
                                                   Dickson, TN 37055
                                                   (615) 446-0511 - telephone
                                                   (615) 441-3437 - facsimile
                                                   e-mail: henrytoddjr@bellsouth.net

1

**TRAVIS, CALHOUN & CONLON, P.C.**

By: s/Eric G. Calhoun
    Eric G. Calhoun, Esq.
    1000 Providence Towers East
    5001 Spring Valley Road
    Dallas, Texas 75244
    (972) 934-4100 – telephone
    (972) 934-4101 – facsimile
    e-mail: eric@travislaw.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

## Certificate of Service

I, Henry F. Todd, Jr., Attorney for the Plaintiffs, hereby certify that on the 14th day of October, 2011, a true and correct copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U. S. Mail to:

**Harvey and Silvis**
W. Timothy Harvey
310 Franklin Street
Clarksville, Tennessee 37040
Phone: 931-552-0549
E-mail: timharvey@harveyandsilvus.com

*Attorney for Chandrika Patel*