UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

_____

DONALD TINSLEY AND CHERIE TINSLEY,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.                                          Civil Action No.:3:11-0740

                                                  **Judge Sharp**
                                                  **Magistrate Judge Griffin**

ATM NETWORK, INC,
and John Doe , 2, 3 unknown,
and  Chandrika Patel, individually
 and d/b/a Mini Mart 5 Points Market
 as former John Doe 1,

    Defendants.
_____

## ORDER OF DISMISSAL

    This cause came on pursuant to the NOTICE OF VOLUNTARY DISMISSAL of the

Plaintiffs as to the Defendants, Chandrika Patel, individually and d/b/a Mini Mart 5 Points

 Market, and all remaining Defendants, before the Honorable Kevin H. Sharp.


    It is therefore ORDERED that the all Defendants are hereby dismissed  without prejudice

and this cause is dismissed without prejudice.

                                                                           **Judge Kevin H. Sharp**

                                                              _/s/ Kevin H. Sharp_____

### Certificate of Service
I, Henry F. Todd, Jr., Attorney for the Plaintiffs, hereby certify that on the 14th day of October, 2011, a true and correct copy of the foregoing has been served upon filing users through the

1

Electronic Filing System and to all parties not served through the Electronic Filing System via U. S. Mail to:

**Harvey and Silvis**
W. Timothy Harvey
310 Franklin Street
Clarksville, Tennessee 37040
Phone: 931-552-0549
E-mail: timharvey@harveyandsilvus.com

*Attorney for Chandrika Patel*

**TRAVIS, CALHOUN & CONLON, P.C**

Eric G. Calhoun, Esq.
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
(972) 934-4100 – telephone
(972) 934-4101 – facsimile
e-mail: eric@travislaw.com

*Attorney for Plaintiffs*

                s/Henry F. Todd, Jr.